MER:TDK

**M09-0004**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

RAFAEL ANGEL ITURRALDE-TORRES,
  also known as
  "Angel Torres,"

               Defendant.

C O M P L A I N T

(T. 8, U.S.C.,
§§ 1326(a) and
1326(b)(1))

- - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

      THOMAS KIRWIN, being duly sworn, deposes and states that he is an Immigration Enforcement Agent with United States Immigration and Customs Enforcement ("ICE"), duly appointed according to law and acting as such.

      On or about January 6, 2009, within the Eastern District of New York and elsewhere, the defendant RAFAEL ANGEL ITURRALDE-TORRES, also known "Angel Torres," being an alien who had previously been arrested and convicted of a felony on December 17, 1996, to wit: Grand Larceny in the Third Degree, in violation of New York Penal Law § 155.35, and who was thereafter deported from the United States and who had not made a re-application for admission to the United States to which the Attorney General or his successor had expressly consented, was found in the United States.

      (Title 8, United States Code, Section 1326(a) and (b)(1)).

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. I am an immigration enforcement agent with United States Immigration and Customs Enforcement ("ICE") and have been involved in the investigation of numerous cases involving the illegal re-entry of aliens. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

2. An investigation revealed that the defendant, RAFAEL ANGEL ITURRALDE-TORRES, also known "Angel Torres," an alien who had previously been deported from the United States, was currently residing at 43-02 Gleane Steet, Apartment #3, in Elmhurst, New York. On January 6, 2009, ICE agents went to that address, knocked on the door of Apartment #3 and asked to speak to the occupant inside. At first, the occupant refused to open the door. Eventually, the occupant opened the door slightly and began to converse with ICE agents. The agents speaking to this individual had the photograph from the 2004 arrest of "Angel Torres" the in Bronx, New York.[2] Fingerprint records had

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

[2] Following the defendant's 1996 Queens conviction and his subsequent deportation, the defendant was arrested in 2004 in the

2

previously revealed that "Angel Torres" was the same person as RAFAEL ANGEL ITURRALDE-TORRES, who had been deported on January 30th, 1997, following a Queens County conviction for Grand Larceny in the Third Degree, in violation of New York Penal Law § 155.35. The agents recognized that the person at the door was the same person depicted in the 2004 arrest photograph of "Angel Torres." Agents asked the defendant to exit the apartment. The defendant complied and he was arrested.

3. Following his arrest, the defendant was fingerprinted. These fingerprints were run through an integrated FBI database. This database revealed that the defendant was convicted in Queens County on December 17, 1996 of Grand Larceny in the Third Degree, in violation of New York Penal Law § 155.35.

4. I have reviewed official ICE records which reveal that following this conviction, the defendant was deported on January 30th, 1997. Just prior to being deported on that date, the defendant provided a fingerprint that was preserved in official ICE records. Deportation Officer Matthew Lew, who is certified by the FBI in fingerprint comparison and analysis, compared this fingerprint to the defendant's fingerprint taken today and determined that they match.

---

Bronx by the New York City Police Department for Criminal Possession of Stolen Property in the Fifth Degree. The defendant was released on bail but did not return to court. There is currently an outstanding bench warrant for the defendant.

5. A preliminary search of ICE files has revealed that there exists no request by defendant RAFAEL ANGEL ITURRALDE-TORRES, also known "Angel Torres," for permission from the United States Attorney General or his successor to re-enter the United States after deportation.

WHEREFORE, your deponent respectfully requests that the defendant RAFAEL ANGEL ITURRALDE-TORRES, also known "Angel Torres," be dealt with according to law.

THOMAS KIRWIN
Immigration Enforcement Agent
ICE

Sworn to before me this
6th day of January, 2009

UNITE      S/ Mann      JUDGE
EAST                    ORK