MER:WES
F.#2009R00025

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
★ JAN 30 2009
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

RAFAEL ANGEL INTURRALDE-TORRES,

          Defendant.

- - - - - - - - - - - - - - - - -X

I N D I C T M E N T
CR No. 09 0052
(T. 8, U.S.C., §§ 1326(a) and 1326(b)(2);
T. 18, U.S.C., §§ 3551 et seq.)

IRIZARRY, J.

MANN, M.J.

THE GRAND JURY CHARGES:

<u>ILLEGAL REENTRY</u>

On or about January 6, 2009, within the Eastern District of New York and elsewhere, the defendant RAFAEL ANGEL INTURRALDE-TORRES, an alien who had previously been deported from the United States after a conviction for the commission of an aggravated felony, was found in the United States, without the

Secretary of the United States Department of Homeland Security having expressly consented to such alien's applying for admission.

(Title 8, United States Code, Sections 1326(a) and 1326(b)(2); Title 18, United States Code, Sections 3551 et seq.)

A TRUE BILL

*[signature]*
FOREPERSON

BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: *[signature]*
Assistant U.S. Attorney

F. #2009R00025
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK

CRIMINAL DIVISION

## THE UNITED STATES OF AMERICA

vs.

**RAFAEL ANGEL INTURRALDE-TORRES,**

Defendant.

# INDICTMENT

(T. 8, U.S.C., §§ 1326(a) and 1326(b)(2); T. 18, U.S.C., §§ 3551 et seq.)

*A true bill.*

_____ *Foreman*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* \_\_\_\_\_

_____ *Clerk*

*Bail, $* _____

*William E. Schaeffer, Assistant U.S. Attorney (718-254-6059)*