2. Related Magistrate Docket Number(s): M-09-0004

**CR 09 0052**

3. Arrest Date: January 6, 2009

**IRIZARRY, J.**

4. Nature of offense(s):   ☒ Felony
                           ☐ Misdemeanor

**MANN, M.J**

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): **N/A**

6. Projected Length of Trial:   Less than 6 weeks (X)
                                More than 6 weeks ( )

7. County in which crime was allegedly committed:   Queens
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed?   ( ) Yes   (X) No

9. Have arrest warrants been ordered?   ( ) Yes   (X) No

                                                Benton J. Campbell
                                                United States Attorney

                                        By:    *[signature]*
                                                William E. Schaeffer
                                                Assistant U.S. Attorney
                                                (718)-254-6059